UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

EDDIE WISE, on Behalf of Himself and
Others Similarly Situated,

                                  Plaintiffs,

    - against -

RAYMOND W. KELLY, Commissioner
of the New York City Police Department,
et al,

                                  Defendants.
------------------------------------------------------X

**ORDER**

05 Civ. 5442 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      Plaintiffs are hereby ORDERED to show cause why defendants Chief Judge Judith Kaye, Justice Jonathan Lippman, and Chauncey B. Parker should not immediately be dismissed from this case for the following reasons: *first,* for lack of a justiciable controversy between those defendants and plaintiffs, and *second,* as improper parties under 42 U.S.C. § 1983. Plaintiffs should submit a response of no more than fifteen pages, no later than Friday, June 24, 2005 at 12:00 p.m. Plaintiffs may also submit a reply to the State of New York's opposition to plaintiffs' request for entry of a restraining order, of no more than ten pages, no later than Friday, June 24, 2005 at 12:00 p.m..

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         June 21, 2005

## - Appearances -

**For Plaintiffs:**

Matthew D. Brinckerhoff, Esq.
Katherine Rosenfeld, Esq.
Emery, Celli, Brinckerhoff & Abady L.L.P.
545 Madison Avenue
New York, New York 10022
(212) 763-5000

J. McGregor Smyth, Jr., Esq.
The Bronx Defenders
860 Courtland Avenue
Bronx, New York 10451
(718) 838-7878

**For The City Defendants:**

Rachel Seligman
Assistant Corporation Counsel
Office of the Corporation Counsel for the City of New York
100 Church Street
New York, New York 10007
(212) 788-0784

**For The State Defendants:**

Monica Connell
Assistant Attorney General
Office of the Attorney General for the State of New York
120 Broadway
New York, New York 10271
(212) 416-8965

Michael Colodner
Counsel, Office of Court Administration of the State of New York
1000 Beaver Street
New York, New York 10004