UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
EDDIE WISE, on behalf of himself and others :
similarly situated, :
:
Plaintiffs, :
: **ORDER**
-against- :
: 05 Civ. 5442 (SAS)
RAYMOND W. KELLY, Commissioner of the :
New York City Police Department, et al., :
:
Defendants. :
:
------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The plaintiffs' request that the Court grant a preliminary injunction ordering defendants Kaye, Lippman, and Parker (the "State Defendants") to disseminate an informational notice to their employees regarding the status of New York Penal Law § 240.35(1) is hereby denied. The Court nonetheless uses its good offices to recommend that the State Defendants issue such a notice advising appropriate personnel of the Second Circuit's decision in *Loper v. New York City Police Dep't*.[1]

The Court reserves decision regarding its June 21, 2005 Order to Show Cause pending the State Defendants' submission of, and the plaintiffs'

---

[1] 999 F.2d 699 (2d Cir. 1993).

opposition to, a motion to dismiss.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          July 1, 2005

- **Appearances** -

**For the Plaintiffs:**

Matthew D. Brinckerhoff, Esq.
Katherine Rosenfeld, Esq.
Emery, Celli, Brinckerhoff & Abady L.L.P.
545 Madison Avenue
New York, New York 10022
(212) 763-5000

J. McGregor Smyth, Jr., Esq.
The Bronx Defenders
860 Courtland Avenue
Bronx, New York 10451
(718) 838-7878

**For the City Defendants:**

Rachel Seligman
Assistant Corporation Counsel
Office of the Corporation Counsel for the City of New York
100 Church Street
New York, New York 10007

**For the State Defendants:**

Monica Connell
Assistant Attorney General
Office of the Attorney General for the State of New York
120 Broadway
New York, New York 10271
(212) 416-8965

Michael Colodner
Counsel, Office of Court Administration of the State of New York
1000 Beaver Street
New York, New York 10004
(212) 428-2150