UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

EDDIE WISE, on Behalf of Himself            05-Civ.-5442 (SAS)
and Others Similarly Situated,

                         Plaintiff,            **NOTICE OF MOTION**
                                              **TO DISMISS**

    -against-

RAYMOND W. KELLY, et al.,

                         Defendants.

-------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed Declaration of of Monica Connell, dated August 19, 2005, the exhibits annexed thereto, the accompanying Memorandum of Law dated August 19, 2005, and all the pleadings and proceedings had herein, the undersigned will move this Court, before the Honorable Shira A. Scheindlin, by submission, on September 30, 3005, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, for an Order dismissing the Complaint.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 6.1 of the Local Civil Rules for the Southern and Eastern Districts of New York and the Individual Practices of the Hon. Shira A. Scheindlin, answering papers, if any, are due ten days after service of this motion or at any other time agreed to by the parties prior to the return date of the motion.

Dated: New York, New York
August 19, 2005

                              Respectfully submitted,

                              ELIOT SPITZER
                              Attorney General of the
                                State of New York
                              Attorney for the State Defendants

By:

                              MONICA CONNELL (MC 9841)
                              Assistant Attorney General
                              120 Broadway - 24th Floor
                              New York, New York 10271
                              (212) 416-8965

To:    Katherine Rosenfeld, Esq.
        Matthew D. Brinckerhoff, Esq.
        EMERY CELLI BRINCKERHOFF & ABADY LLP
        Counsel for the Plaintiff
        545 Madison Avenue
        New York, New York 10022
        (212) 763-5000

        J. McGregor Smyth, Jr.
        THE BRONX DEFENDERS
        Counsel for the Plaintiff
        860 Courtlandt Avenue
        Bronx, New York 10451
        (718) 838-7885

        Rachel Seligman, Esq.
        Assistant Corporation Counsel
        OFFICE OF THE CORPORATION COUNSEL
        Counsel for the City Defendants
        100 Church Street
        New York, New York 10007
        (212)788-0784