```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/05
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EDDIE WISE, on Behalf of Himself and Others
Similarly Situated,

                              Plaintiffs,

05 Civ. 5442 (SAS)

**STIPULATION AND ORDER**

     – against –

RAYMOND W. KELLY, Commissioner of the
New York City Police Department (NYPD);
et al.,

                              Defendants.
------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff Eddie Wise and defendants Jonathan Lippman, Judith Kaye and Chauncey J. Parker ("the State Defendants") that the State Defendants withdraw their pending motion to dismiss, without prejudice and with leave to re-file.

Dated: September 28, 2005
        New York, New York

| | |
|---|---|
| ELIOT SPITZER,<br>Attorney General of the State of New York | EMERY CELLI BRINCKERHOFF<br>& ABADY LLP |
| By: _____<br>    Monica Connell<br>    Assistant Attorney General<br>    120 Broadway, 24th Floor<br>    New York, New York 10038<br>    (212) 416-8965 | By: _____<br>    Matthew D. Brinckerhoff (MB-3552)<br>    Katherine Rosenfeld (KR-8525)<br>    545 Madison Avenue, 3rd Floor<br>    New York, New York 10022<br>    (212) 763-5000 |
| *Attorneys for the State Defendants* | THE BRONX DEFENDERS<br>J. McGregor Smyth (JS 9995) |

W:\1393\1\KRR0618.WPD

So Ordered,

_____
U.S.D.J.
10/6/05

SEP. 29. 2005 10:20AM    ECCBA LLP                                            P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

EDDIE WISE, on Behalf of Himself and Others
Similarly Situated,

                Plaintiffs,

    - against -

RAYMOND W. KELLY, Commissioner of the
New York City Police Department (NYPD);
et al.,

                Defendants.
------------------------------------x

05 Civ. 5442 (SAS)

STIPULATION AND ORDER

OCT - 6 2005

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff Eddie Wise and defendants Jonathan Lippman, Judith Kaye and Chauncey J. Parker ("the State Defendants") that the State Defendants withdraw their pending motion to dismiss, without prejudice and with leave to re-file.

Dated: September 28, 2005
       New York, New York

ELIOT SPITZER,
Attorney General of the State of New York

By: _____
    Monica Connell
    Assistant Attorney General
    120 Broadway, 24th Floor
    New York, New York 10038
    (212) 416-8965

*Attorneys for the State Defendants*

EMERY CELLI BRINCKERHOFF
& ABADY LLP

By: _____
    Matthew D. Brinckerhoff (MB-3552)
    Katherine Rosenfeld (KR-8525)
    545 Madison Avenue, 3rd Floor
    New York, New York 10022
    (212) 763-5000

THE BRONX DEFENDERS
J. McGregor Smyth (JS-9995)

W:\JSPM\WDR0514.WPD