UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MICHAEL BROWN, on Behalf of Himself
and Others Similarly Situated,

                                                                       05-CV-5442 (SAS)

                                 Plaintiff,

   – against –                                        **NOTICE OF MOTION**

RAYMOND W. KELLY, Commissioner of the
New York City Police Department (NYPD); et al.,

                                Defendants.
------------------------------------------------------------x

       PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Plaintiff's Motion Attorneys' Fees, the Declaration of Matthew D. Brinckerhoff, dated June 20, 2007, the Declaration of J. McGregor Smyth, Jr., dated June 20, 2007, the Declaration of Robert L. Herbst, dated June 20, 2007 and the exhibits annexed thereto, and upon all prior pleadings, Plaintiff Michael Brown, by his counsel Emery Celli Brinckerhoff & Abady LLP and The Bronx Defenders, will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, before the Honorable Shira A. Scheindlin, United States District Judge, for an Order:

       1.     Awarding plaintiff attorneys' incurred in connection with monitoring and seeking compliance with the Court's orders directing defendants to cease enforcement of New York Penal Law § 240.35(1);

       2.     Awarding attorneys' fees and costs for this motion; and

       3.     For such other and further relief as may be just and proper.

W:\1393\1\MDB1814.WPD

Dated: June 20, 2007
      New York, New York

                                EMERY CELLI BRINCKERHOFF &
                                ABADY LLP

                                By: _____
                                    Matthew D. Brinckerhoff (3552)
                                    Katherine R. Rosenfeld (8525)

                                75 Rockefeller Plaza, 20th Floor
                                New York, New York 10019
                                (212) 763-5000


                                THE BRONX DEFENDERS
                                    J. McGregor Smyth, Jr. (9995)
                                860 Courtlandt Avenue
                                Bronx, New York 10451
                                (718) 838-7878

                                *Attorneys for Plaintiff and the putative class*

W:\1393\1\MDB1814.WPD