UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

EDDIE WISE and MICHAEL BROWN, on
Behalf of Themselves and Others Similarly
Situated,

                              Plaintiffs,

                    -against-

RAYMOND W. KELLY, Commissioner of the
New York City Police Department, et al.,

                             Defendants.
------------------------------------X

**ORDER**

05 Civ. 5442 (SAS) (THK)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

I have reviewed the attached Report and Recommendation ("R&R") of United States Magistrate Judge Theodore H. Katz, dated January 31, 2008, which recommends the following: (1) that plaintiff Michael Brown be awarded $48,741.00 in attorney's fees on the Contempt Motion, to be paid by the Municipal Defendants; and (2) that plaintiff Eddie Wise be awarded $275,604.56 in attorney's fees and $4,733.72 in costs on the Rule 68 Motion, to be paid by the Municipal Defendants.

Although defendants were given the opportunity to file objections to the R&R, they chose not to do so. Based on my independent review, I find the amounts awarded to be reasonable and therefore adopt the R&R in full. The Clerk

of the Court is directed to prepare a Judgment in accordance with the R&R. The Clerk of the Court is further directed to close plaintiffs' motions [Documents # 98 and 109].

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          February 21, 2008

## - Appearances -

**For Plaintiffs:**

Matthew D. Brinckerhoff, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
(212) 763-5000

**For Defendants:**

Rachel A. Seligman
Assistant Corporation Counsel
100 Church Street
New York, NY 10007
(212) 788-0784