UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BROWN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>RAYMOND W. KELLY, *et al.*,<br><br>　　　　　　　　　　　Defendants. | 05 Civ. 05442 (SAS) |
| PAUL CASALE AND ANTHONY GARCIA, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>RAYMOND W. KELLY, et al.,<br><br>　　　　　　　　　　　Defendants. | 08 Civ. 2173 (SAS) |

**MOTION TO WITHDRAW APPEARANCE OF KATHERINE R. ROSENFELD**

　　　　　Upon the accompanying affirmation of Katherine R. Rosenfeld, the undersigned respectfully moves this Court to withdraw the appearance of Katherine R. Rosenfeld on behalf of Plaintiffs and the Class in the above-captioned actions.

Dated: August 28, 2014
       New York, New York

                                      EMERY CELLI BRINCKERHOFF
                                      & ABADY LLP

                                      By:   /s/ Katherine R. Rosenfeld
                                      Katherine R. Rosenfeld
                                      Matthew D. Brinckerhoff
                                      Earl S. Ward
                                      Debra L. Greenberger
                                      600 Fifth Avenue at Rockefeller Center\
                                      10th Floor
                                      New York, NY 10020
                                      (212) 763-5000

                                      *Attorneys for Plaintiffs and the Class*